IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ARTHUR O. ARMSTRONG,          )
                              )
            Plaintiff,        )
                              )
    v.                        )     1:23-cv-378
                              )
NORTH CAROLINA, et al.,       )
                              )
            Defendants.       )

### JUDGMENT

For the reasons set forth in the Order filed contemporaneously with this Judgment,

**IT IS ORDERED AND ADJUDGED** that that all of Plaintiff's post-Complaint filings in this case, (Docs. 2 - 298) are **STRICKEN** and this action is **DISMISSED** without a certification that an appeal would have any merit.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff shall pay $1,100.00 as a monetary sanction for his abusive litigation conduct, and that Plaintiff is **ENJOINED** from filing any document with this Court in any case unless and until he first pays any outstanding monetary sanction(s) and further, that any documents submitted to the Court by Plaintiff prior to such payment shall be held for his retrieval or returned to him without docketing.

**IT IS FURTHER ORDERED AND ADJUDGED** that, as a supplement to any other injunction(s) against him, Plaintiff is **ENJOINED** as follows: After paying all outstanding monetary sanctions in full

and paying the filing fee for any new action, Plaintiff shall not file any document with the Court other than a (single) complaint, unless and until the Court authorizes any further filing(s) in that case. Any documents submitted to the Court by Plaintiff prior to any such authorization or beyond the scope of any such authorization shall be held for his retrieval or returned to him without docketing.

This the 27th day of October, 2023.

/s/ William L. Osteen, Jr.
United States District Judge